JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOUGLAS D. CHISM, et al., | ) | Case No. CV 19-9082 FMO (PJWx) |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| FCA US, LLC, | ) | |
| Defendant. | ) | |

Pursuant to plaintiffs' acceptance of defendant FCA US LLC's Rule 68 Offer and the Court's Order Re: Attorney's Fees and Costs, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Defendant shall pay plaintiffs attorney's fees in the amount of $31,600.00.
2. Defendant shall pay plaintiffs costs and expenses in the amount of $874.94.
3. The above-captioned action is dismissed with prejudice.

Dated this 16th day of February, 2021.

/s/
Fernando M. Olguin
United States District Judge